Case 2:23-cv-04914-RGK-MAR Document 13 Filed 10/12/23 Page 1 of 2 Page ID #:85

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    **2:23-cv-04914-RGK-MAR**                    Date:  October 12, 2023

Title    _Roberto Leveron v. W.Z. Jenkins, et al_

Present:  The Honorable:  MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

|  |  |
|---|---|
| Valerie Velasco | N/A |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

On June 3, 2023, Roberto Leveron ("Plaintiff") proceeding <u>pro se</u>, constructively filed a Complaint ("Complaint") pursuant to <u>Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).  ECF Docket No. ("Dkt.") 1.

On August 28, 2023, the Court dismissed the Complaint with leave to amend ("ODLA"), granting Plaintiff until September 18, 2023, to either: (1) file a First Amended Complaint; (2) file a notice that he intends to stand on the allegations in the Complaint; or (3) voluntarily dismiss the action without prejudice.  Dkt. 12 at 17–18.  The ODLA cautioned Plaintiff that failure to timely file a response to the ODLA "**will result**" in the dismissal of the Complaint for failure to prosecute.  <u>Id.</u> at 18.

To date, Petitioner has not filed a First Amended Complaint or responded to the ODLA. Accordingly, Plaintiff is ordered to show cause in writing **within twenty-one (21) days** of this Order, **by November 3, 2023**, why this action should not be dismissed under Rule 41(b) for failure to prosecute.  <u>See</u> Fed. R. Civ. P. 41(b).

The Court will consider any of the following three (3) options to be an appropriate response to this OSC:

1.  Plaintiff shall file a First Amended Complaint that addresses the deficiencies identified in the Court's August 28, 2023 ODLA;

2.  Plaintiff shall provide the Court with an explanation as to why he has failed to file a First Amended Complaint; or

3.  Plaintiff may voluntarily dismiss the action pursuant to Federal Rule of Civil Procedure 41(a).  **The Clerk is directed to attach a Notice of Dismissal form for Plaintiff's convenience.**

CV-90 (03/15)                    Civil Minutes – General                    Page **1** of **2**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    **2:23-cv-04914-RGK-MAR**                                    Date:  October 12, 2023

Title       *Roberto Leveron v. W.Z. Jenkins, et al*

**Failure to respond to the Court's Order <u>will</u> result in the dismissal of the action.**

**IT IS SO ORDERED.**

**Initials of Preparer**    :

vv