JS-6

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

9

10 | ROBERTO LEVERON,                              Case No. 2:23-cv-04914-RGK (MAR)

11 |                          Plaintiff,

12 |                    v.                          JUDGMENT

13 | W. Z. JENKINS ET AL,

                                Defendant.
14

15

16       Pursuant to the Memorandum and Order Dismissing Case, **IT IS HEREBY**

17 | **ADJUDGED** that this action is dismissed without prejudice.

18

19 | Dated:  December 7, 2023

20

21       HONORABLE R. GARY KLAUSNER
         United States District Judge
22

23

24

25

26

27

28